Case 1:24-cv-01598  Document 1-1  Filed 03/01/24  Page 1 of 3



| TRENDING | Kia Pursuit | Lebron James | Laundry | Watch: The Rundown | Decision 2024 | I-Team... |

### VALENTINE'S DAY

# A24's 'A Lover's Series' hits AMC Theaters in February

A24 is also offering free stickers and a month of AAA24

By **Jasmine Mendez** • Published January 27, 2024 • Updated on January 28, 2024 at 8:35 pm

 



AMC Reopening Some Theaters

Calling all moviegoers, and lovers, too -- A24 announced its movie line-up for February.

In collaboration with AMC Theatres, the company is offering single-day screenings of four of its most popular films. "A Lover's Series" will take place every Wednesday. All films are rated R and can be found below:



#1 -- Pearl: Played by Mia Goth, Pearl yearns for a life on her own. Trapped and secluded in a small farm, she finds her ambitions and temptations through bloody murder. The screening takes place Feb. 7.

> ***Get Southern California news, weather forecasts and entertainment stories to your inbox. Sign up for NBC LA newsletters.***

#2 -- A Ghost Story: Nothing more romantic than a ghost story, right? A recently deceased, white-sheeted ghost revisits his wife, only to later find out he is stuck and forced to watch his life slip away. The screening takes place on Feb. 14.

#3 -- The Lobster: A recently dumped David, played by Colin Farrell, is forced to find love within 45 days to avoid turning to an animal of his choice. Upon going into hiding, David musters up the courage to run away. The screening takes place Feb. 21.

#4 -- The Lighthouse: Starring Robert Pattinson and Willem Dafoe, the film explores the hallucinatory tale of two lighthouse keepers on a remote New England Island. The screening takes place Feb. 28.

## Local

Get Los Angeles's latest local news on crime, entertainment, weather, schools, COVID, cost of living and more. Here's your go-to source for today's LA news.


**1 HOUR AGO**
'Bless to be alive.' Firefighter injured in Wilmington explosion released from hospital


**4 HOURS AGO**
Southern California Edison to pay $80 million in Thomas Fire settlement

A24 is also offering free stickers and a month of AAA24, the entertainment company's subscription program that gives subscribers access to bonus content, screening tickets and more.

Tickets for A24's A Lover's Series can be purchased on the AMC Theatre website.

This article tagged under:

**VALENTINE'S DAY • MOVIES • THINGS TO DO**

  

Tab**oo**la Feed

**AWESOME FAMILY EVENTS | SPONSORED**       Learn More
**A LEGO Fest Is Coming To Landover, MD, Tons Of Fun For All Ages!**

**GRAND HISTORIC STRATEGY SIMULATION | SPONSORED**       Play Now
**Game shows what the world without US military interventions would look like**

Finish your high school diploma, for you and for them.
FinishYourDiploma.org                   LITERACY FOUNDATION       Find free classes

**UNITED.COM | SPONSORED**
**The Ultimate Solution for Your Next Adventure – Fly with United Airlines!**

**COUPON CODE FINDER | SPONSORED**
**Amazon Hates When You Do This, But They Can't Stop You (It's Genius)**