# LAUBSCHER & LAUBSCHER

PATENTS, TRADEMARKS, COPYRIGHTS AND UNFAIR COMPETITION

MICHAEL K. FRETWELL
(410) 280-6608
MFrewtell@LaubscherLaw.com

May 24, 2022

Catherine M.C. Farrelly
Frankfurt Kurnit Klein & Selz
28 Liberty Street
New York, NY 10005

VIA E-MAIL AND FIRST-CLASS MAIL

Re: AAA24
Service Mark Application No. 97/379,480
Our File No. 28599

Dear Ms. Farrelly:

Our firm is intellectual property law counsel to the American Automobile Association, Inc., ("AAA") owner of the famous AAA trade and service marks. Among the many registrations that AAA owns on its AAA mark are registration Nos. 829265, 2158654, 5036379, and 4646626, copies of which are enclosed. As you will note, these registrations include arranging for discount purchases and administration of discount programs, among other services.

We have learned that you have filed the subject trademark applications for the AAA24 mark on behalf of A24 Films LLC based on an intent to use the mark in connection with "Providing membership club services for early or exclusive access to discount products, receipt of exclusive newsletters, access to special live entertainment events, exclusive social media access, birthday gifts, zines and direct to customer products."

This intended use of AAA as part of the referenced mark in connection with the recited services is likely to cause confusion, mistake or deception that the services are provided, authorized or sponsored by AAA. This use would infringe on AAA registrations and also dilute the distinctive quality of the AAA mark.

Accordingly, on behalf of AAA, we request that the referenced service mark application be withdrawn, and that A24 Films agree not to use AAA in connection with its services.

I look forward to receiving written confirmation that you will comply with these requests by June 14, 2022.

May 24, 2022
Page 2 of 2

>                     Sincerely,
>
>                     *Michael K. Fretwell*
>
>                     Michael K. Fretwell

MKF/mkf
Enclosures

# United States Patent Office

**829,265**
Registered May 23, 1967

## PRINCIPAL REGISTER
## Service Mark

Ser. No. 230,991, filed Oct. 22, 1965

# AAA

The American Automobile Association (Incorporated) (Connecticut corporation)
1712 G St. NW.
Washington, D.C. 20006

For: AUTOMOBILE ASSOCIATION SERVICES RENDERED TO MOTOR VEHICLE OWNERS, MOTORISTS, AND TRAVELERS GENERALLY—NAMELY, OBTAINING MOTOR VEHICLE LICENSE PLATES AND TITLE CERTIFICATES; SPONSORING SCHOOL SAFETY PATROLS; ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONDUCTING MOTOR VEHICLE TESTS AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; AND RATING TOURIST ACCOMMODATIONS—in CLASS 100.

First use 1903; in commerce 1903.

For: ARRANGING FOR DISCOUNT PURCHASES, COLLECTING DAMAGE CLAIMS; OFFERING REWARDS FOR INFORMATION LEADING TO ARREST AND CONVICTION OF PERSONS STEALING MEMBERS' AUTOMOBILES; AND PLACING INSURANCE WITH UNDERWRITERS, in CLASS 101.

First use 1916; in commerce 1916.

For: PROVIDING BAIL BOND, in CLASS 102.
First use 1916; in commerce 1916.

For: PROVIDING EMERGENCY ROAD SERVICE, in CLASS 103.
First use 1916; in commerce 1916.

For: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS, in CLASS 105.
First use 1902; in commerce 1902.

For: TEACHING MOTOR VEHICLE OPERATION; CONDUCTING TRAFFIC AND PEDESTRIAN SAFETY CAMPAIGNS, AND GIVING TRAFFIC SAFETY LESSONS, in CLASS 107.
First use 1924; in commerce 1924.

Owner of Reg. Nos. 547,321 and 703,556.

Int. Cls.: **16, 35, 36, 37, 39 and 42**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, 103, 105 and 106**

## United States Patent and Trademark Office

Reg. No. 2,158,654
Registered May 19, 1998

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

FOR: MAGAZINES, PAMPHLETS, BOOKLETS, AND DIRECTORIES IN THE FIELDS OF TRAVEL INFORMATION, TRAFFIC SAFETY, VEHICLE INFORMATION AND REPAIR, AND DRIVER INSTRUCTION; MAPS, GROUPS OF STRIP AND OTHER MAPS, AND PRINTED BOOKLETS AND PAMPHLETS FEATURING TOURING AND ROUTE INFORMATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: ARRANGING FOR DISCOUNT PURCHASES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: ADJUSTING AND COLLECTING INSURANCE DAMAGE CLAIMS; INSURANCE BROKERAGE SERVICES, NAMELY, OBTAINING INSURANCE, PLACING INSURANCE WITH UNDERWRITERS; FINANCIAL SERVICES, NAMELY, ISSUING, PAYING, AND COLLECTING TRAVELER'S CHECKS; BANKING SERVICES, NAMELY, TIME DEPOSITS; INVESTMENT ADVICE COUNSELING SERVICES; CREDIT CARD AND AUTO LOAN SERVICES; REIMBURSEMENT FOR LEGAL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: EMERGENCY ROAD SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TRANSPORTATION, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

2                                    2,158,654

FOR: AUTOMOBILE CLUB SERVICES, NAMELY, RATING TOURIST ACCOMMODATIONS; PROMOTING PUBLIC AWARENESS OF THE NEED FOR TRAFFIC AND PEDESTRIAN SAFETY BY MEANS OF SPONSORING SCHOOL SAFETY PATROLS AND CONDUCTING TRAFFIC AND PEDESTRIAN SAFETY CAMPAIGNS; PROMOTING THE INTERESTS OF AUTOMOBILE TRAVELERS BY ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONSUMER PRODUCT SAFETY TESTING AND CONSULTATION, NAMELY, CONDUCTING MOTOR VEHICLE TESTS AND ENDURANCE TESTS, AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; TRAVEL ARRANGING SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR LODGING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997.

OWNER OF U.S. REG. NOS. 547,321, 1,784,437 AND OTHERS.

SER. NO. 75-263,675, FILED 3-25-1997.

ANDREW BENZMILLER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,036,379**

**Registered Sep. 06, 2016**

**Int. Cl.: 16, 35, 36, 37, 39, 41, 42, 43**

**Service Mark**

**Trademark**

**Principal Register**



Michelle K. Lee

Director of the United States Patent and Trademark Office

American Automobile Association, Inc. (CONNECTICUT CORPORATION)
1000 AAA Drive
Heathrow, FL 32746

CLASS 16: Magazines, pamphlets, booklets, and directories in the fields of travel information, traffic safety, vehicle information and repair, and driver instruction; maps, groups of strip maps and other maps, and printed booklets and pamphlets featuring touring and route information

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 35: Administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; Promoting public awareness of the need for traffic and pedestrian safety by means of sponsoring school safety patrols and conducting traffic and pedestrian safety campaigns; promoting the interests of automobile travelers by advocating legislation favorable to safe and economical motor vehicle travel, operation, and maintenance; automobile club services, namely, price comparison rating of the tourist accommodations of others

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 36: Adjusting and collecting insurance damage claims; insurance brokerage services, namely, obtaining insurance, placing insurance with underwriters; financial services, namely, issuing, paying, and collecting traveler's checks; banking services, namely, time deposits; investment advice counseling services; credit card payment processing and auto loan brokerage services; reimbursement payment processing in the field of legal services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 37: Emergency road side repair services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 39: Travel agency services, namely, making reservations and booking for transportation; Providing a web site and web site links to geographic information, map images, and trip routing

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 41: Providing on-line magazines in the field of travel; publication of electronic

# United States of America
## United States Patent and Trademark Office

# AAA DISCOUNTS & REWARDS

**Reg. No. 4,646,626**  AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
**Registered Nov. 25, 2014**  HEATHROW, FL 32746

**Int. Cl.: 35**  FOR: ADMINISTRATION OF A DISCOUNT PROGRAM FOR ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES THROUGH USE OF A DISCOUNT MEMBERSHIP CARD; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS
**SERVICE MARK**  OF AN INCENTIVE REWARD PROGRAM, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**PRINCIPAL REGISTER**  FIRST USE 7-0-2014; IN COMMERCE 7-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 703,556, 1,782,222, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DISCOUNTS & REWARDS", APART FROM THE MARK AS SHOWN.

SN 86-181,266, FILED 1-31-2014.

JESSICA A. POWERS, EXAMINING ATTORNEY



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office