| | |
|---|---|
| **From:** | Nicholson, Alexandra |
| **To:** | Michael K. Fretwell |
| **Cc:** | Cuatlal, Fabiola; NYTMRECORDS |
| **Subject:** | RE: U.S. – A24 Films LLC App. Ser. No. 97/379,480 for the mark AAA24 Your File No. 28599 |
| **Date:** | Thursday, February 16, 2023 4:55:26 PM |

Michael: Apologies for the delay – I will be responding to you shortly.

Thanks!

Allie

**Alexandra Nicholson** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6433 | Fax: (212) 379-5233
Email: allienicholson@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>
**Sent:** Thursday, January 12, 2023 4:20 PM
**To:** Nicholson, Alexandra <allienicholson@dwt.com>
**Cc:** Cuatlal, Fabiola <FabiolaCuatlal@dwt.com>
**Subject:** Re: U.S. – A24 Films LLC App. Ser. No. 97/379,480 for the mark AAA24 Your File No. 28599

**[EXTERNAL]**

Ms. Nicholson,

I am following up on my letter and our call from November. Please let me know if we can expect a response.

Regards,

Mike

### Michael K. Fretwell

Laubscher & Laubscher
1160 Spa Road, Suite 2B
Annapolis, MD 21403
410-280-6608

www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

**From:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>
**Date:** Wednesday, November 9, 2022 at 11:00 AM
**To:** allienicholson@dwt.com <allienicholson@dwt.com>
**Cc:** Cuatlal, Fabiola <FabiolaCuatlal@dwt.com>
**Subject:** Re: U.S. – A24 Films LLC App. Ser. No. 97/379,480 for the mark AAA24 Your File No. 28599

Ms. Nicholson,

I am following up on my letter below to ensure you received it and to see if I can expect a response.

Regards,

Mike

## Michael K. Fretwell

Laubscher & Laubscher
1160 Spa Road, Suite 2B
Annapolis, MD 21403
410-280-6608
www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

---

**From:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>
**Date:** Tuesday, September 13, 2022 at 2:19 PM
**To:** allienicholson@dwt.com <allienicholson@dwt.com>
**Cc:** Cuatlal, Fabiola <FabiolaCuatlal@dwt.com>
**Subject:** Re: U.S. – A24 Films LLC App. Ser. No. 97/379,480 for the mark AAA24 Your File No. 28599

Ms. Nicholson,

I see that I did not include the attachments noted in my letter. They are attached to this email.

Regards,

Mike

## Michael K. Fretwell

Laubscher & Laubscher

1160 Spa Road, Suite 2B

Annapolis, MD 21403

410-280-6608

www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

---

**From:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>

**Date:** Tuesday, September 13, 2022 at 12:23 PM

**To:** allienicholson@dwt.com <allienicholson@dwt.com>

**Cc:** Cuatlal, Fabiola <FabiolaCuatlal@dwt.com>

**Subject:** Re: U.S. – A24 Films LLC App. Ser. No. 97/379,480 for the mark AAA24 Your File No. 28599

Ms. Nicholson,

Please see the attached letter.

Regards,

Mike

## Michael K. Fretwell

Laubscher & Laubscher

1160 Spa Road, Suite 2B

Annapolis, MD 21403

410-280-6608

www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

This may not be a true email from the sender but a spoofed email from an outside malicious source. Please look over, contact the internal sender in a new email to verify before replying back.