| | |
|---|---|
| **From:** | Michael K. Fretwell |
| **To:** | Nicholson, Alexandra |
| **Cc:** | Murphy, Arley |
| **Subject:** | Re: AAA Response to Letter Dated March 22, 2023 |
| **Date:** | Thursday, August 10, 2023 1:56:41 PM |

Ms. Nicholson,

I am following up on this to see if your client plans to respond to my letter from May 24.

Regards,

**Michael K. Fretwell**
Laubscher & Laubscher
1160 Spa Road, Suite 2B
Annapolis, MD 21403
410-280-6608
www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

---

**From:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>
**Date:** Wednesday, May 24, 2023 at 12:09 PM
**To:** Nicholson, Alexandra <allienicholson@dwt.com>
**Cc:** Murphy, Arley <arleymurphy@dwt.com>
**Subject:** AAA Response to Letter Dated March 22, 2023

Ms. Nicholson,

Please see the attached response to your letter dated March 22, 2023.

Regards,

**Michael K. Fretwell**
Laubscher & Laubscher
1160 Spa Road, Suite 2B
Annapolis, MD 21403
410-280-6608
www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

---

**From:** Murphy, Arley <arleymurphy@dwt.com>
**Date:** Thursday, March 23, 2023 at 9:49 PM

**To:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>
**Cc:** Nicholson, Alexandra <allienicholson@dwt.com>
**Subject:** SENT ON BEHALF OF ALEXANDRA NICHOLSON re U.S. – A24 Films LLC AAA24

Please see attached sent on behalf of Alexandra Nicholson.

Thank you.

**Arley Murphy** | Davis Wright Tremaine LLP
Legal Document Specialist
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6425 | Fax: (212) 489-8340
Email: arleymurphy@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Chicago | Los Angeles | New York | Portland | Richmond | San Francisco | Seattle | Washington, D.C.


This may not be a true email from the sender but a spoofed email from an outside malicious source. Please look over, contact the internal sender in a new email to verify before replying back.