

Suite 2400
865 South Figueroa Street
Los Angeles, CA  90017-2566

**Nicolas A. Jampol**
(213) 633-8651
nicolasjampol@dwt.com

August 22, 2023

**By Email**

Michael K. Fretwell, Esq.
Laubscher & Laubscher, P.C.
1160 Spa Road, Suite 2B
Annapolis, MD 21403
mfretwell@laubscherlaw.com

Re: AAA24

Dear Mr. Fretwell,

We are outside litigation counsel to A24.  While we disagree with your contentions regarding any likelihood of confusion between your client's AAA mark and our client's AAA24 membership – also known as "A24 All Access" – in the interest of resolving this disagreement, our client has directed our office to file a notice of express abandonment of application serial number 97/379,480 for AAA24.  Please note that we will not be taking any further action in connection with this dispute.

We hope and trust that this resolves your client's concerns.  As is customary, this letter is not intended to be a complete statement of our client's position regarding this matter, and nothing in this letter shall be deemed a waiver of any of our client's rights, claims, defenses, or remedies, all of which are expressly reserved.

Sincerely,

Nicolas A. Jampol
DAVIS WRIGHT TREMAINE LLP

cc: Roxanne Elings, Davis Wright Tremaine LLP (by email)

4884-2745-8425v.1 0111032-000008

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com