| | |
|---|---|
| **From:** | Jampol, Nicolas |
| **To:** | Michael K. Fretwell; Ho, Sam |
| **Cc:** | Elings, G. Roxanne |
| **Subject:** | RE: AAA24 |
| **Date:** | Tuesday, August 22, 2023 2:47:41 PM |

Hi Michael,

No, it means A24 considers this matter closed.

Thanks,
Nick.

**Nicolas Jampol**
**Partner |** Davis Wright Tremaine LLP

**P** 213.633.8651  **E** nicolasjampol@dwt.com

**DWT.COM**

**From:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>
**Sent:** Tuesday, August 22, 2023 11:10 AM
**To:** Ho, Sam <SamHo@dwt.com>
**Cc:** Jampol, Nicolas <NicolasJampol@dwt.com>; Elings, G. Roxanne <RoxanneElings@dwt.com>
**Subject:** Re: AAA24

**[EXTERNAL]**

Ms. Ho,

I have received your email and attached letter.

Should I take the portion in Mr. Jampol's letter that states, "Please note that we will not be taking any further action in connection with this dispute" as indicating that your firm no longer represents A24 Films in this matter and that if our client has further demands we should direct them to A24 Films rather than your firm?

Thank you,

**Michael K. Fretwell**
Laubscher & Laubscher
1160 Spa Road, Suite 2B
Annapolis, MD 21403
410-280-6608
www.laubscherlaw.com

*This message and its contents are confidential. If you received it in error, do not use or rely on it. Instead, please inform the sender and delete it. Thank you.*

**From:** Ho, Sam <SamHo@dwt.com>

**Date:** Tuesday, August 22, 2023 at 1:34 PM

**To:** Michael K. Fretwell <MFretwell@Laubscherlaw.com>

**Cc:** Jampol, Nicolas <NicolasJampol@dwt.com>, Elings, G. Roxanne <RoxanneElings@dwt.com>

**Subject:** AAA24

Dear Mr. Fretwell,

Please see attached on behalf of Nicolas Jampol.

Thank you,

**Samantha Ho** | Davis Wright Tremaine LLP
Legal Secretary

865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6896 | Fax: (213) 633-6899
Email: SamHo@dwt.com | Website: www.dwt.com

This may not be a true email from the sender but a spoofed email from an outside malicious source. Please look over, contact the internal sender in a new email to verify before replying back.

This may not be a true email from the sender but a spoofed email from an outside malicious source. Please look over, contact the internal sender in a new email to verify before replying back.