# LAUBSCHER & LAUBSCHER

PATENTS, TRADEMARKS, COPYRIGHTS AND UNFAIR COMPETITION

MICHAEL K. FRETWELL
(410) 280-6608
MFrewtell@LaubscherLaw.com

October 2, 2023

Nicolas A. Jampol
Davis Wright Tremaine LLP
865 South Figueroa Street
Los Angeles, CA 90017-2566

VIA E-MAIL

Re:   AAA24
Service Mark Application No. 97/379,480
Our File No. 28599

Dear Mr. Jampol:

This letter is in response to your letter of August 22, 2023.

As previously stated, your client's use of AAA24 with its membership services is likely to cause confusion, mistake or deception that the services are provided, authorized, or sponsored by the American Automobile Association. Such use results in trademark infringement, unfair competition and dilution in violation of 15 USC §§ 1114, 1125(a) and 1125(d).

We again demand that your client cease and desist from using AAA with its services.

If A24 Films does not cease from using AAA, our client is prepared to take further legal action to protect its rights in its AAA mark.

Sincerely,

Michael K. Fretwell

Michael K. Fretwell

MKF/mkf
Attachments