# Filing Receipt for Letter of Protest Form and Next Steps

**Application serial no.** 97379480.
**Mark.** AAA24(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/97379480/large).

Thank you for submitting your form to the U.S. Patent and Trademark Office (USPTO). Please read this filing receipt carefully and keep a copy for your records.

**Next steps**

1. **The Letter of Protest does not become part of the public record,** so it will not appear in our database, Trademark Status and Document Retrieval (TSDR).

2. **Within two to three months, we will review your Letter of Protest form or request for a copy of a Letter or Protest.**

    **If your Letter of Protest is not accepted,** you will receive a letter explaining why.

    **If your Letter of Protest is accepted,** the prosecution history in TSDR will show "LETTER OF PROTEST ACCEPTED," and you will receive a letter. We will also post a memorandum in TSDR accepting the Letter of Protest and add all related evidence to the electronic record.

    If the examining attorney then refuses the trademark application based on the evidence uploaded into the public record, he or she will issue an Office action to the trademark applicant.

    If the examining attorney does not refuse the trademark application based on the evidence uploaded into the public record, TSDR will be updated to show "LETTER OF PROTEST EVIDENCE REVIEWED – NO FURTHER ACTION TAKEN."

    **If you have requested a copy of a previously submitted Letter of Protest,** and need a copy before the processing time discussed above, please call the Trademark Office of Petitions at 571-272-8950.

3. **Check TSDR regularly for any updates to the application status. Please note:** filing a Letter of Protest does not change the deadline for filing an opposition. You must file an opposition within 30 days of the mark's publication in the Trademark Official Gazette (TMOG).

4. **If you don't hear from us within two to three months of filing this form, or if you have questions,** call the Trademark Office of Petitions at 571-272-8950. Please do not contact the assigned examining attorney about the application.

5. **Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Stay current with Trademarks**
Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the Submit button.

**The information submitted in the form appears below:**

PTO- 2303
Approved for use through 11/30/2024. OMB 0651-0061

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Letter of Protest

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97379480 |
| APPLICANT NAME | A24 Films LLC |
| MARK SECTION | |
| MARK | AAA24 (see, https://tmng-al.uspto.gov/resting2/api/img/97379480/large) |
| LEGAL BASIS FOR LETTER OF PROTEST | The protested trademark is likely to be confused with a trademark in an existing U.S. Registration or prior pending application: 2158654, 829265, 3316227, 5036379, 2900596 |
| PROTESTOR INFORMATION | |
| NAME OF PROTESTOR | American Automobile Association, Inc. |
| CORRESPONDENT NAME FOR LETTER OF PROTEST | Michael K. Fretwell |
| SUITE/APARTMENT NUMBER | Suite 2B |
| STREET | 1160 Spa Road |
| CITY | Annapolis |
| STATE | Maryland |
| ZIP/POSTAL CODE | 21403 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 4102806608 |
| EMAIL | MFretwell@laubscherlaw.com |
| FEE INFORMATION | |
| Filing a letter of protest, per subject application | 50 |
| TOTAL FEES DUE | 50 |
| SIGNATURE SECTION | |
| SIGNATURE | /MKF/ |
| SIGNATORY NAME | Michael K. Fretwell |
| SIGNATORY DATE | 01/12/2023 |
| SIGNATORY POSITION | Attorney of record |
| SIGNATORY PHONE NUMBER | 410-280-6608 |
| SIGNATURE METHOD | Signed directly within the form |

| FILING INFORMATION SECTION | |
|---|---|
| **SUBMIT DATE** | Thu Jan 12 16:17:02 ET 2023 |
| **TEAS STAMP** | USPTO/LOP-72.81.245.37-20230112161703614090-97379480-850b0ee6fc5c32fc1d6a95966e9a578dcbf10de956ce893973634b79c2320b4-CC-17022048-20230112161142036266 |

PTO- 2303

Approved for use through 11/30/2024. OMB 0651-0061

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Letter of Protest

**To the Commissioner for Trademarks:**

**APPLICATION SERIAL NUMBER:** 97379480

**APPLICANT NAME:** A24 Films LLC

**MARK:** AAA24 (see, https://tmng-al.uspto.gov/resting2/api/img/97379480/large)

The protested trademark is likely to be confused with a trademark in an existing U.S. Registration or prior pending application: 2158654, 829265, 3316227, 5036379, 2900596

**CORRESPONDENCE INFORMATION:**
Michael K. Fretwell
Suite 2B
1160 Spa Road
Annapolis, Maryland 21403 United States
4102806608 (phone)
MFretwell@laubscherlaw.com

**PROTESTOR:** The protestor, American Automobile Association, Inc., having the above correspondence information, protests the registration of the trademark/service mark identified above for the following reason(s):

No **Evidence** Attached.

**FEE(S)**
A fee payment in the amount of $50 will be submitted with the Letter of Protest.

Signature: /MKF/    Date: 01/12/2023
Signatory's Name: Michael K. Fretwell
Signatory's Position: Attorney of record
Signatory's Phone Number: 410-280-6608

Signature method: Signed directly within the form

Thank you,

The TEAS support team
Thu Jan 12 16:17:03 ET 2023
STAMP: USPTO/LOP-72.81.245.37-20230112161703614090-97379480-850b0ee6fc5c32fc1d6a95966e9a578dcbf10de956ce893973634b79c2320b4-CC-17022048-20230112161142036266

Case 1:24-cv-01598   Document 1-12   Filed 03/01/24   Page 4 of 4