# Letter Of Protest (LOP) Memorandum

**Date:**    February 8, 2023

**To:**    Examining Attorney -

**From:**    Dinisha Nitkin
Attorney Advisor
Office of the Deputy Commissioner for Trademark Examination Policy

**Subject:**    Letter of protest concerning U.S. Application Serial No. 97379480 for the mark  AAA24

Upon consideration of evidence included with a letter of protest filed before publication of the above-referenced mark, it has been determined that the evidence is relevant to the following grounds for refusal:

Possible likelihood of confusion under Trademark Act Section 2(d) with U.S. Registration Nos 2158654, 3316227, 5036379, and 2900596.

U.S. Registration Nos. 2158654, 3316227, 5036379, and 2900596 are available in the XSearch database for your consideration. Please review and determine whether to issue a refusal or make a requirement. 37 C.F.R. §2.149(d)(1); TMEP §1715.02.

NOTE: The consideration of a letter of protest filed before publication is not a legal determination by the USPTO of registrability, nor is it meant to compromise the integrity of the ex parte examination process. It merely serves to bring the submitted evidence to the attention of the examining attorney, who determines whether a refusal or requirement should be raised or ultimately made final. *See* 37 C.F.R. §2.149(d)(1).