**Subject:** Letter of protest concerning U.S. Application Serial No. 97379480 for the mark AAA24
**Date:** Wednesday, February 8, 2023 at 9:20:49 PM Eastern Standard Time
**From:** United States Patent and Trademark Office
**To:** Michael K. Fretwell

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

### Letter of Protest No. PLOP-2023-000115

### Letter of Protest (LOP) Notice of Determination has issued on February 8, 2023 for U.S. Trademark Serial No. 97379480

The United States Patent and Trademark Office (USPTO) received your letter of protest submitted on January 12, 2023. 15 U.S.C. §1051(f); 37 C.F.R. §2.149.

We reviewed the letter of protest and determined that it identifies one or more grounds for refusal appropriate in ex parte examination. The examining attorney will decide whether a refusal or requirement should be raised or ultimately made final. *See* 37 C.F.R. §2.149(d)(1).

Some or all of the evidence satisfies the requirements for letters of protest and will be included in the application record for the examining attorney to consider. Any grounds or evidence that do not comply with the requirements will not be included. Specifically, please note that the number for one of the cited marks, 829265, is neither an application serial number nor a registration number. You may view the ground(s) and evidence included in the application record and monitor the application status on our Trademark Status and Document Retrieval system.

You may not communicate directly with the examining attorney, either orally or in writing, regarding the application. 37 C.F.R. §2.149(k).

Submitting a letter of protest does not stay or extend the time for filing a notice of opposition with the Trademark Trial and Appeal Board (TTAB) after a trademark has published in the *Official Gazette*. 37 C.F.R. §2.149(e).

The determination whether to include evidence in an application record is final and non-reviewable. 15 U.S.C. §1051(f); 37 C.F.R. §2.149(i).

Please see the Letter of protest practice tip webpage and *Trademark Manual of Examining Procedure* (TMEP) Section 1715 for further information about letter of protest procedure and evidence requirements.

/Dinisha Nitkin/

Attorney Advisor
Office of the Deputy Commissioner for
Trademark Examination Policy

USPTO

(571) 272-0212

Dinisha.Nitkin@USPTO.GOV

This may not be a true email from the sender but a spoofed email from an outside malicious source. Please look over, contact the internal sender in a new email to verify before replying back.