PTO- 2202
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Request for Express Abandonment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97379480 |
| **PUBLISH FOR OPPOSITION DATE** | 00/00/0000 |
| **MARK SECTION** | |
| **MARK** | AAA24 (see, https://tmng-al.uspto.gov/resting2/api/img/97379480/large) |
| **REQUEST FOR EXPRESS ABANDONMENT SECTION** | |
| **STATEMENT** | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /GRE/ |
| **SIGNATORY NAME** | G. Roxanne Elings |
| **SIGNATORY DATE** | 08/22/2023 |
| **SIGNATORY POSITION** | Attorney for Applicant, NY State Bar Member |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Aug 22 14:39:40 ET 2023 |
| **TEAS STAMP** | USPTO/REA-XXX.XXX.XX.X-20230822143940216920-97379480-85092239c11772b0ba861d7ce9fd272b6cee92661bd8d27d94c07d32c5d4487d72-N/A-N/A-20230822143801804323 |

PTO- 2202
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Request for Express Abandonment

To the Commissioner for Trademarks:

**MARK:** AAA24 (see, https://tmng-al.uspto.gov /resting2/api/img/9737948 0/large)
**SERIAL NUMBER:** 97379480

By submission of this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135. (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.

Signature: /GRE/     Date: 08/22/2023
Signatory's Name: G. Roxanne Elings
Signatory's Position: Attorney for Applicant, NY State Bar Member
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 97379480
Internet Transmission Date: Tue Aug 22 14:39:40 ET 2023
TEAS Stamp: USPTO/REA-XXX.XXX.XX.X-20230822143940216
920-97379480-85092239c11772b0ba861d7ce9f
d272b6cee92661bd8d27d94c07d32c5d4487d72-
N/A-N/A-20230822143801804323