| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, October 3, 2023 06:08 PM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark SN 97379480 -- Docket/Reference No. 021410.0700 |

OFFICIAL USPTO NOTICE OF ABANDONMENT

**TRADEMARK APPLICATION EXPRESSLY ABANDONED**

**U.S. Application Serial No.** 97379480
**Mark:** AAA24 (STANDARD CHARACTER MARK)
**Owner:** A24 Films LLC
**Docket/Reference No.** 021410.0700

**Issue Date:** October 03, 2023

On August 22, 2023, you filed a request to expressly abandon your application. Your application is now abandoned and we will take no further action on it.

For questions about this notice, contact the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

View this notice and other documents for this application online in the Trademark Status and Document Retrieval (TSDR) database.