AAA24     ● US    ○ INTERNATIONAL     LOG IN / GIFT / JOIN AAA24

# WHAT YOU GET… WHAT YOU GET… WHAT YOU GET… WHAT YOU GET…

**01**
## ZINE SUBSCRIPTION



Our zines, on your doorstep, 4x a year. It could be more and will never be less. Finally, a reason to go check your mailbox.

**02**
## ALL ACCESS APP

NEW    LEARN MORE →

Unlock 100+ hours of bonus content and free screening tickets in the new A24 app, now in Members-Only Beta.

**03**
## MEMBER PRICING



NEW

Get the friends and family treatment with a blanket discount in our shop. (Select exclusions apply).

**04**
## EXCLUSIVE MERCH



**05**
## MEMBERSHIP PIN

**06**
## BIRTHDAY GIFT

---

### JOIN →

| MONTHLY | USD |
|---|---|
| **$05** | |
| US US PLAN | |

| ANNUALLY | USD |
|---|---|
| **$55** | |
| US US PLAN | |

