AAA24 ● US ○ INTERNATIONAL LOG IN / GIFT / JOIN AAA24

**05 MEMBERSHIP PIN**

More durable than a membership card (but you'll get one of those too.) Both come in the mail with your first zine.



**06 BIRTHDAY GIFT**

We'll never forget it. Pick out an extra special something in celebration of your big day.

**07 EARLY ACCESS & SALES**

Cut to the front of the line. When we drop limited edition merch, you'll always be first to know.

**08 VIP TREATMENT**

Limited edition colorways and goods made for, and offered to, members only. Items from the archive? Don't rule it out.

The benefits of a AAA24 membership are manifold. Additional perks will be revealed, like priority access to IRL events, concierge customer service, free movie popcorn (!?), and more.

JOIN → JOIN → JOIN → JOIN → JOIN → JOIN → JOIN →

