


## WHAT IS AAA24?

AAA24 is a membership program for A24 fans.

Benefits include a zine subscription, annual birthday gift, access to our Close Friends on Instagram, members-only product drops, shop discounts, and now the App.

Sign up now for $5/month or $55/year for US customers.

| Zine subscription | 10% shop discount | Birthday gift |
|---|---|---|
| Exclusive merch | Early product access | Screening tickets |
| Member pin | ...and more | |

**JOIN AAA24**