MENU /



LOG IN  /  SIGN UP

CART

0



# AAA24 Membership



$5 / month

| DESCRIPTION | TYPE | PLAN | |
|---|---|---|---|
| Become a card-carrying member of AAA24, your all access pass to everything A24. Cancel anytime. | US    INT'L | MONTHLY    ANNUAL | **ADD TO CART** |

shop.a24films.com/products/aaa24-membership 

121.0.6167.161    Windows 10 Enterprise 22H2 (64-bit Build 19045)        2/14/2024 10:35:22 AM