





twitter.com/A24/status/1742592067383992445

121.0.6167.161

Windows 10 Enterprise 22H2 (64-bit Build 19045)

2/14/2024 10:42:32 AM