

# RECENT

- Home
- Popular
- r/A24
- r/washingtondc
- r/RoBody

## TOPICS
- Gaming
- Sports
- Business
- Crypto
- Television
- Celebrity

See more

## RESOURCES
- About Reddit
- Advertise
- Help
- Blog
- Careers
- Press

See more

## POPULAR POSTS
- English / Global
- Deutsch
- Español
- Français
- Italiano
- Português

---

**r/A24** • 2 yr. ago
tatisheff

# For those wondering if AAA24 is worth it, here is there "exclusive" member merch for this month

https://shop.a24films.com/products/tie-dye-sport-socks

What a joke.

↑ 133 ↓   💬 60   Share

**u/Starlink** • Promoted



Work and play at remote locations with Starlink high-speed internet. Get Connected Today with 30 Day Trial.

starlink.com          Learn More

Sort by: Best

### Add a Comment

**IntenseLlama** • 2y ago

I mean, I've paid $10 so far and received 2 zines, the pin and membership card, a $40 shirt as a birthday gift, a free bodies ticket and early access to some store items. Feels very worth it to me. Out of curiosity, what do you really expect for $5 a month.

Edit: forgot to mention the marcel sticker pack as well.

↑ 165 ↓   Reply   Share   ...

**repotoast** • 2y ago • Edited 2y ago

Where I live a free ticket is literally worth $15. That with a $10 pin and two $6 zines has my current value at $37.

One more free ticket will pretty much pay off the annual membership I bought before I even get a birthday gift.

It took some time for the membership to start showing its worth, but I'm starting to feel satisfied with it. Gotta remember that this is still a new thing.

↑ 50 ↓   Reply   Share   ...

**BunnyIsARider2** • 2y ago

It really sucks for non american members. It's like 12-13 canadian dollars a month for canadians, and shipping to here from a24 always costs like $10-30. Not to mention 0 offers of free viewings in canada. Even their virtual viewings are limited to the US. It's totally worth it for american fans of a24 but sucks for everyone else

↑ 17 ↓   Reply   Share   ...

**aligatocodile** • 2y ago

Everyone in here mad but I'm just like thanks for the heads up about the cute socks!

↑ 52 ↓   Reply   Share   ...

---

## r/A24

A24 (est. 2012) is an independent film & television studio that has helped bring indie film and filmmakers into the mainstream...

Show more

| 151K Members | 219 Online | Top 1% Rank by size |

**Related** | A24 | Movie studio | Movie


r/A24
Love Lies Bleeding | Official Trailer 2
219 upvotes • 27 comments

r/TheCurse
The moment Whit fell in love
152 upvotes • 16 comments

r/frugalmalefashion
FMF PSA: Everyone Here Should Be Signed Up for DSW VIP Rewards
112 upvotes • 29 comments

r/VinylMePlease
Is VMP worth it for Canadians?
2 upvotes • 20 comments

r/legodeal
[Kohls.com] 20% Kohl's cashback on new sets and older sets (some w/ original prices)
55 upvotes • 40 comments

r/lotro
LOTRO Store isn't applying the 20% discount on the Journeyman Riding skill
30 upvotes • 5 comments

r/Klonoa
Not sure if anyone's aware of the Klonoa merchandise available for preorder
34 upvotes • 4 comments

r/10s
Can anyone help me understand the pricing on this ball machine? It looks too good to be...